**People of the State of Illinois, Plaintiff-Appellee, v. Roger Clarence Slaughter, Defendant-Appellant.**

Gen. No. 65–65–M.

Second District.
February 4, 1966.

John Vogel, of Glen Ellyn, for appellant; William V. Hopf, State's Attorney, and Edward Van de Houten, Jr., Assistant State's Attorney, both of Wheaton, for appellee. Opinion by JUSTICE MORAN. Not to be published in full.